■ In the Matter of GEORGE P. DOYLE, an Attorney — Order of suspension entered pursuant to section 90 (subd 4, par f) of the Judiciary Law. Present — Simons, J. P., Hancock, Jr., Callahan, Boomer and Schnepp, JJ. (Order entered July 8, 1982.)